■ (A) In the Matter of GAMBLE BENEDICT, Appellant. KATHARINE G. BENEDICT, Respondent; ANDRE PORUMBEANU, Appellant. (B) JOHN OETTL, Appellant, v. MORRIS BRECHER et al., Copartners Doing Business under the Name of KESSLER-WOHL ASSOCIATES, et al., Respondents, et al., Defendants.

(C) Wolf Stahl, Suing Individually and as a Stockholder of Stahl Soap Corporation, on Behalf of Himself and in the Right of Stahl Soap Corporation, Respondent, v. Ilbert Stahl et al., Appellants.— [In each action] Motion by appellant[s] for leave to appeal to the Court of Appeals, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.